**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| EVGUENI ROUDACHEVSKI, D.O. | * | |
| | * | |
| Plaintiff | * | |
| | * | NO: 4:11CV00230   SWW |
| V. | * | |
| | * | |
| ALL-AMERICAN CARE CENTERS, | * | |
| INC.  d/b/a ALL-AMERICAN CARE | * | |
| OF LITTLE ROCK | * | |
| Defendant | | |

**ORDER**

Before the Court is Plaintiff's motion to voluntarily dismiss claims against Separate Defendant Jerry Rhoads (docket entry #39).  Defendants respond that they do not object to the relief sought (docket entry #41).

IT IS THEREFORE ORDERED that Plaintiff's unopposed motion to dismiss claims against Separate Defendant Jerry Rhoads (docket entry #41) is GRANTED.   Plaintiff's claims against Rhoads are DISMISSED WITHOUT PREJUDICE, and Rhoads is dismissed as a party to this action.

IT IS FURTHER ORDERED that Separate Defendant Rhoads' motion to dismiss (docket entry #35) is DENIED AS MOOT.

IT IS FURTHER ORDERED that Separate Defendant All-American Care Centers, Inc.'s

motion to quash (docket entry #11) is DENIED WITHOUT PREJUDICE.[1]

IT IS SO ORDERED THIS 17TH DAY OF OCTOBER, 2011.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE

---

[1] Before the March 23, 2011 hearing on Plaintiff's motion for a preliminary injunction, Separate Defendant All-American Care Centers, Inc. ("All-American") moved to quash Plaintiff's subpoena seeking production of medical records. In a status report dated April 27, 2011, All-American reported that the parties were attempting to agree on the terms of a protective order. The Court is without information regarding the status of the discovery dispute, and it appears that the matter is moot. The Court therefore denies the motion to quash without prejudice.