### IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| EVGUENI ROUDACHEVSKI, D.O. | * | |
| | * | |
| Plaintiff | * | |
| | * | NO: 4:11CV00230   SWW |
| V. | * | |
| | * | |
| ALL-AMERICAN CARE CENTERS, | * | |
| INC.  d/b/a ALL-AMERICAN CARE | * | |
| OF LITTLE ROCK | * | |
| Defendant | | |

## **ORDER**

On January 24, 2011, counsel of record for Defendant All-American Care Centers, Inc., ("All-American")  moved to withdraw as counsel.  By order entered January 30, 2012, the Court held the motion to withdraw in abeyance, and gave All-American fifteen days in which to file a motion for substitution of counsel.  As of the date of this order, no motion for substitution of counsel has been filed.  Accordingly, counsel of record for All-American is directed to file a status report within ten (10) days from the entry date of this order regarding All-American's representation in this case.

IT IS SO ORDERED THIS 13TH DAY OF MARCH, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE