IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| EVGUENI ROUDACHEVSKI, D. O. | * | |
| Plaintiff | * | |
| | * | |
| V. | * | |
| | * | |
| ALL-AMERICAN CARE CENTERS, | * | NO: 4:11CV00230   SWW |
| INC. d/b/a All-American Care of | * | |
| Little Rock | * | |
| Defendants | * | |
| | * | |
| | * | |
| | * | |

## ORDER OF DISMISSAL

Pending before the Court is a joint motion to dismiss and for retention of jurisdiction [doc #65]. The Court finds that this motion should be and it hereby is **granted.**

IT IS THEREFORE ORDERED that this case is DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction for the purpose of enforcing the terms of the parties' settlement agreement up to and including March 31, 2014.

IT IS SO ORDERED this 15th of May 2012.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE