**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

EVGUENI ROUDACHEVSKI, D.O.          *
                                                                *
                    Plaintiff                   *
                                                                *          NO: 4:11CV00230   SWW
V.                                                           *
                                                                *
ALL-AMERICAN CARE CENTERS,        *
INC.  d/b/a ALL-AMERICAN CARE     *
OF LITTLE ROCK                               *
                    Defendant

**JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED,

and ADJUDGED that Plaintiff Evgueni Roudachevski shall have and recover from Defendant

All-American Care Centers, Inc. $10,000 for the settlement installment due July 1, 2012 and

$1,000 for the settlement installment due August 1, 2012, together with prejudgment interest at a

rate of 6% per annum, from the due date of each installment through the date of judgment, and

post-judgment interest from the date of judgment until paid at the rate of .17% per annum as

provided by law.

IT IS SO ORDERED THIS 2ND DAY OF AUGUST, 2012.


                                                    /s/Susan Webber Wright

                                                    UNITED STATES DISTRICT JUDGE