**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| EVGUENI ROUDACHEVSKI, D.O. | * | |
| | * | |
| Plaintiff | * | |
| | * | NO: 4:11CV00230   SWW |
| V. | * | |
| | * | |
| ALL-AMERICAN CARE CENTERS, | * | |
| INC.  d/b/a ALL-AMERICAN CARE | * | |
| OF LITTLE ROCK | * | |
| Defendant | | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff Evgueni Roudachevski shall have and recover from Defendant All-American Care Centers, Inc. $10,000 for the settlement installment due July 1, 2012 and $1,000 for the settlement installment due August 1, 2012, together with prejudgment interest at a rate of 6% per annum, from the due date of each installment through the date of judgment, and post-judgment interest from the date of judgment until paid at the rate of .17% per annum as provided by law.

IT IS SO ORDERED THIS 2ND DAY OF AUGUST, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE